**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GERALD BENNETT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LOUIS S. FOLINO, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **DELAWARE, THE ATTORNEY GENERAL** | : | **NO. 07-3935** |
| **OF THE STATE OF PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 17th day of March, 2015, upon consideration of the Rule 60(b)(6) Motion, Federal Rule of Civil Procedure (Document No. 23), the response to the motion and the objections to the response, it is **ORDERED** that the motion is **DENIED**.

       /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.